MANUEL H. RIVERA, Respondent, v. 92 BLEECKER STREET, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

P. R. RINCONES, JR., Co., INC., Respondent, v. B. DIEDEN & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SYDNEY B. BOWMAN AUTOMOBILE COMPANY, Respondent, v. WALTER J. SALMON and Others, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STATE REALTY COMPANY v. AARON BENDERSKY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANNIE ISAACS v. JOSEPH ISAACS and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ABRAHAM POLLACK v. VINCENT J. FARLEY.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES F. GILLMANN v. HAROLD C. MATHEWS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THORNE BAKER, as Trustee, etc., v. THOMAS DIXON.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PETER COHA v. ARTURO RAZZETTI and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN S. MURPHY and Others v. CHARLES RECHT and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Arbitration of CALIFORNIA ALMOND GROWERS EXCHANGE and JACOB A. KIRSCH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BARCLAY REALTY COMPANY v. PHILIP BLEIR, Tenant. BENJAMIN EISLER, Appellant, and Others.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELEANOR E. L. HARRIS v. BEVERLY D. HARRIS.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.